UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  RuthAnn LaDrew<br>        Kenneth R. LaDrew<br>                    Debtor(s)<br><br>Toyota Motor Credit Corporation<br>                    Movant<br>            v.<br>RuthAnn LaDrew<br>Kenneth R. LaDrew<br>                    Respondents<br>            and<br>Robert H. Slone Esq., Trustee<br>                    Additional Respondent | BK. NO. 18-22859 CMB<br><br>CHAPTER 7<br><br>Related to Docket #   14<br><br>**ENTERED BY DEFAULT** |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 26th day of September, 2018, at Pittsburgh, upon Motion of Toyota Motor Credit Corporation, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 TOYOTA CAMRY, VIN: 4T1BF1FK7EU837491, in a commercially reasonable manner.

_____
United States Bankruptcy Judge

kmt

cc: See attached service list:

RuthAnn LaDrew
122 Crabapple Lane
Ligonier, PA 15658-3602

Kenneth R. LaDrew
122 Crabapple Lane
Ligonier, PA 15658-3602

Dai Rosenblum Esq.
254 New Castle Road, Suite B
Butler, PA 16001-2529
Jody@dairosenblumbankruptcy.com

Robert H. Slone Esq.
223 South Maple Avenue
Greensburg, PA 15601
robert.slone@7trustee.net

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-22859-CMB
Kenneth R. LaDrew                                               Chapter 7
RuthAnn LaDrew
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: kthe              Page 1 of 1              Date Rcvd: Sep 26, 2018
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db/jdb          Kenneth R. LaDrew,    RuthAnn LaDrew,    122 Crabapple Lane,    Ligonier, PA 15658-3602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Dai  Rosenblum    on behalf of Joint Debtor RuthAnn  LaDrew Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai  Rosenblum    on behalf of Debtor Kenneth R. LaDrew Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com
              Robert H. Slone, Trustee    on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
               rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                              TOTAL: 6